UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL R. FANNING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DYNCORP TECHNICAL SERVICES, et al., )<br>)<br>Defendants. ) | Civil No. 1:08-cv-1006 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, Michael R. Fanning as Chief Executive Officer of the Central Pension Fund of the International Union of Operating Engineers and Participating Employers, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby notifies the Court that he dismisses the Complaint against Defendants DynCorp Technical Services, LLC and Computer Sciences Corp, LLC, without prejudice. This Notice is made before either an answer or a motion for summary judgment has been filed by the Defendants.

Respectfully submitted,

Dated: July 21, 2008

O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 362-0041
Facsimile: (202) 327-1200

By: _____
R. Richard Hopp (Bar No. 432221)
*Attorneys for the Plaintiff*

SO ORDERED, THIS ___ DAY OF JULY, 2008

_____
United States District Court Judge
Rosemary M. Collyer

177394_1